# CRIMINAL COMPLAINT

| | District | FILED _____ LODGED _____<br>RECEIVED _____ COPY _____ |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | **ARIZONA** | JAN 3 1 2011<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY. |

| UNITED STATES OF AMERICA<br>V.<br>**Laura Alicia MEJIA-Avila**<br><br>Year of Birth:  **1968**<br>Country of Citizenship:  **Mexico**<br>**A092 724 806**<br>Case Control #  **PTCA110101237** | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br><br>**11-07541 M-** |
|---|---|

| Complaint for violation of Title **8** | United States Code § **1326 (b)(2)** |
|---|---|

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>**United States Magistrate Judge** | LOCATION<br>**Tucson, Arizona** |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**January 29, 2011** | PLACE OF OFFENSE<br>At or near<br>**Tucson, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Michoacan, Mexico** |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 29, 2011, at or near Tucson, Arizona, in the District of Arizona, Laura Alicia MEJIA-Avila, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Philadelphia, Pennsylvania on July 30, 2010, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b)(2).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Laura Alicia MEJIA-Avila is a citizen of Mexico.  On July 30, 2010, Laura Alicia MEJIA-Avila was lawfully denied admission, excluded, deported, and removed from the United States through Philadelphia, Pennsylvania.  On January 29, 2011, agents found Laura Alicia MEJIA-Avila in the United States at or near Tucson, Arizona.  Laura Alicia MEJIA-Avila did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE
Border Patrol Agents(s) **MCKNIGHT, Roosevelt**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA MSF | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE (1)  *Jacqueline Marshall* | DATE<br>**January 31, 2011** |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)